**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **HISTORIC JOHN P. FURBER FARM, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3386569** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7310 LAMAR AVE S** <br> **Cottage Grove, MN 55016** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Washington** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://johnpfurberfarm.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**   Case number (*if known*) _____
　　　Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7113**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **HISTORIC JOHN P. FURBER FARM, LLC**        Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

| | |
|---|---|
| List all cases. If more than 1, attach a separate list | Debtor _____    Relationship _____<br>District _____ When _____ Case number, if known _____ |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

  ■   **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **HISTORIC JOHN P. FURBER FARM, LLC**

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                    Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2024**
             MM / DD / YYYY

**X** **/s/ WAYNE BUTT**                              **WAYNE BUTT**
Signature of authorized representative of debtor      Printed name

Title   **PRESIDENT**

---

**18. Signature of attorney**

**X** **/s/ JOHN D. LAMEY III**                       Date   **June 25, 2024**
Signature of attorney for debtor                             MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
Printed name

**LAMEY LAW FIRM, P.A.**
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
Number, Street, City, State & ZIP Code

Contact phone   **651.209.3550**         Email address   **JLAMEY@LAMEYLAW.COM**

**0312009 MN**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **HISTORIC JOHN P. FURBER FARM, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2024**        X **/s/ WAYNE BUTT**
                                        Signature of individual signing on behalf of debtor

                                        **WAYNE BUTT**
                                        Printed name

                                        **PRESIDENT**
                                        Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **HISTORIC JOHN P. FURBER FARM, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A THIS LITTLE PIGGY CATERING INC ATTN SETH BRITTAIN CEO 22280 CHIPPENDALE AVE Farmington, MN 55024** | | **UNSECURED/LITIGATION** | **Disputed** | | | **$2,182,897.63** |
| **ABBIE MORRIS AND LUKE GANNON 16 6TH AVE SE Dodge Center, MN 55927** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **ANN KULLAS AND JAKOB FRIEDGES 3435 PROMENADE AVE APT 208 EAGAN, MN 55123** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **BEST BUY C/O CITIBANK, N.A. 701 EAST 60TH ST N Sioux Falls, SD 57117** | | **UNSECURED** | | | | **$12,693.64** |
| **CORTNEY BECKMAN AND ALEX EVERT 3023 UTAH AVE S ST. LOUIS PARK, MN 55426** | | **UNSECURED/CUSTOMER** | | | | **$11,895.00** |
| **FALCON RIDGE GOLF COURSE 7405 LAMAR AVE S Cottage Grove, MN 55016** | | **UNSECURED** | | | | **$300,000.00** |

Debtor  **HISTORIC JOHN P. FURBER FARM, LLC**  Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **INTUIT QUICKBOOKS 2700 COAST AVE Mountain View, CA 94043** | | **UNSECURED** | | | | **$13,694.13** |
| **ISABEL SCHARF AND JOEY MIHM 5385 LAKE SARAH HEIGHTS DRIVE Loretto, MN 55357** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **KATE JUNGWIRTH 10138 KERRY CT NORTH HUGO, MN 55038** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **LOUPAT CORP DBA TINUCCI'S RESTAURANT 396 21ST ST Newport, MN 55055** | | **UNSECURED/LITIGATION/JUDGMENT** | | | | **$250,000.00** |
| **MAIRA LARA-CHAVEZ AND OSCAR MIRNADA 11215 12TH AVE N APT 7 PLYMOUTH, MN 55441** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **MARIA WALLACE 1651 11TH AVE NEWPORT, MN 55055** | | **UNSECURED/CUSTOMER** | | | | **$11,995.00** |
| **MIKAYLA ZAIS 252 192ND STREET Star Prairie, WI 54026** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **PAYPAL LOANBUILDER ATTN PRESIDENT 3505 SILVERSIDE RD Wilmington, DE 19810** | | **BLANKET LIEN - ALL ASSETS** | | **$92,508.63** | **$0.00** | **$92,508.63** |
| **RAPID FINANCIAL SERVICES, LLC. ATNN VANESSA WALLER, RISK MANAGEMENT 45000 EAST WEST HIGHWAY, 6TH FLOOR BETHESDA, MD 20814** | | **BLANKET LIEN - ALL ASSETS** | | **$67,000.00** | **$0.00** | **$67,000.00** |

Debtor  **HISTORIC JOHN P. FURBER FARM, LLC**                                    Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SOFI LENDING CORP 2750 EAST COTTONWOOD PKWY STE 300 COTTONWOOD HEIGHTS, UT 84121** | | **UNSECURED** | | | | **$36,190.50** |
| **TAYLOR TIBURY AND JOSH LORENZ 3937 77TH STREET EAST Inver Grove Heights, MN 55076** | | **UNSECURED/CUSTOMER** | | | | **$11,795.00** |
| **THE KNOT WORLDWIDE INC DBA WEDDING PROS 2 WISCONSIN CIR 3RD FLOOR Chevy Chase, MD 20815** | | **UNSECURED** | | | | **$15,111.80** |
| **TIA ERICKSON AND NICOLAS HANSON 1511 UTICA AVE SOUTH APT 523 ST. LOUIS PARK, MN 55416** | | **UNSECURED/LITIGATION** | **Disputed** | | | **$11,795.00** |
| **US SMALL BUSINESS ADMINISTRATION EIDL LOAN 2 NORTH ST STE 320 Birmingham, AL 35203** | | **BLANKET LIEN - ALL ASSETS** | | **$157,750.83** | **$0.00** | **$157,750.83** |

**Fill in this information to identify the case:**

Debtor name　**HISTORIC JOHN P. FURBER FARM, LLC**

United States Bankruptcy Court for the:　DISTRICT OF MINNESOTA

Case number (if known)　_____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals　　　　12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.　***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

　　1a. **Real property:**
　　　Copy line 88 from *Schedule A/B*.............................................................................................　$　　　　　　0.00

　　1b. **Total personal property:**
　　　Copy line 91A from *Schedule A/B*.........................................................................................　$　　　　　302.90

　　1c. **Total of all property:**
　　　Copy line 92 from *Schedule A/B*...........................................................................................　$　　　　　302.90

| Part 2: | Summary of Liabilities |
| --- | --- |

2.　***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
　　Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................　$　　　321,263.86

3.　***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

　　3a. **Total claim amounts of priority unsecured claims:**
　　　Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................　$　　　　　　0.00

　　3b. **Total amount of claims of nonpriority amount of unsecured claims:**
　　　Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................　+$　　　3,163,789.46

4.　**Total liabilities** ...........................................................................................................
　　Lines 2 + 3a + 3b　　　　　　　　　　　　　　　　　　　　　　　　$　　3,485,053.32

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **HISTORIC JOHN P. FURBER FARM, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **LAKE ELMO BANK, N.A.** | **CHECKING** | 3968 | $302.90 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**          | $302.90 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                          Case number *(If known)* _____
        <sub>Name</sub>

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    __HISTORIC JOHN P. FURBER FARM, LLC__    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $302.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $302.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $302.90 |

**Fill in this information to identify the case:**

Debtor name    **HISTORIC JOHN P. FURBER FARM, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **METROPOLITAN CONSORTIUM OF COMM DEV**<br>Creditor's Name<br>**ATTN PRESIDENT**<br>**3137 CHICAGO AVE**<br>**Minneapolis, MN 55407**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**BLANKET LIEN - ALL ASSETS** | **$4,004.40** | **$0.00** |

**Describe the lien**
**UCC-1 FINANCING STATEMENT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/20/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **PAYPAL LOANBUILDER**<br>Creditor's Name<br>**ATTN PRESIDENT**<br>**3505 SILVERSIDE RD**<br>**Wilmington, DE 19810**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**BLANKET LIEN - ALL ASSETS** | **$92,508.63** | **$0.00** |

**Describe the lien**
**UCC-1 FINANCING STATEMENT**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/09/2021**
**Last 4 digits of account number**
**1305**

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                           Case number (if known)
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **RAPID FINANCIAL SERVICES, LLC.** | Describe debtor's property that is subject to a lien | $67,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**ATNN VANESSA WALLER, RISK MANAGEMENT 45000 EAST WEST HIGHWAY, 6TH FLOOR BETHESDA, MD 20814**
Creditor's mailing address

**BLANKET LIEN - ALL ASSETS**

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/2/2024**
**Last 4 digits of account number**
**7684**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **US SMALL BUSINESS ADMINISTRATION** | Describe debtor's property that is subject to a lien | $157,750.83 | $0.00 |
|---|---|---|---|---|

Creditor's Name
**EIDL LOAN 2 NORTH ST STE 320 Birmingham, AL 35203**
Creditor's mailing address

**BLANKET LIEN - ALL ASSETS**

**Describe the lien**
**UCC FINANCING STATEMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/03/2020**
**Last 4 digits of account number**
**7801**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $321,263.86 |
|---|---|---|

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                                    Case number (if known) _____
_____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

**Fill in this information to identify the case:**

Debtor name      **HISTORIC JOHN P. FURBER FARM, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**IRS**<br>**1550 AMERICAN BLVD EAST**<br>**SUITE 500 M/S 5128**<br>**Minneapolis, MN 55425** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>**MINNESOTA DEPT OF REV<br>COLLECTION DIVISION**<br>**PO BOX 64564**<br>**Saint Paul, MN 55164-0564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**    **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

                                               **Amount of claim**

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                          Case number *(if known)* _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,182,897.63 |
|---|---|---|---|

**A THIS LITTLE PIGGY CATERING INC**
**ATTN SETH BRITTAIN CEO**
**22280 CHIPPENDALE AVE**
**Farmington, MN 55024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED/LITIGATION__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,795.00 |
|---|---|---|---|

**ABBIE MORRIS AND LUKE GANNON**
**16 6TH AVE SE**
**Dodge Center, MN 55927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED/CUSTOMER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,766.00 |
|---|---|---|---|

**ABIGAIL AND AUSTIN HASKINS**
**22118 BARETT CIR**
**Kodiak, AK 99615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED/CUSTOMER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,766.00 |
|---|---|---|---|

**ALEX JAGLER AND ANDREW FLOERSCH**
**210 N MAIN STREET**
**Le Sueur, MN 56058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED/CUSTOMER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,221.51 |
|---|---|---|---|

**ALYSSA STURGEON**
**21495 RAVENNA TRAIL**
**Welch, MN 55089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED/CUSTOMER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,766.00 |
|---|---|---|---|

**AMANDA COX AND MATHEW ZUPPAN**
**3335 RICHMOND AVE**
**SHOREVIEW, MN 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED/CUSTOMER__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,556.84 |
|---|---|---|---|

**AMEX**
**20500 BELSHAW AVE**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UNSECURED__

Last 4 digits of account number  **3003**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **HISTORIC JOHN P. FURBER FARM, LLC**    Case number (if known) _____
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,021.85** |
|---|---|---|---|

**AMEX**
**20500 BELSHAW AVE**
**CARSON, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **UNSECURED**

**Last 4 digits of account number  1003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,795.00** |
|---|---|---|---|

**ANN KULLAS AND JAKOB FRIEDGES**
**3435 PROMENADE AVE**
**APT 208**
**EAGAN, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **UNSECURED/CUSTOMER**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,693.64** |
|---|---|---|---|

**BEST BUY**
**C/O CITIBANK, N.A.**
**701 EAST 60TH ST N**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **UNSECURED**

**Last 4 digits of account number  6800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,246.00** |
|---|---|---|---|

**BETH KIEFFER AND THOMAS GOFF**
**2400 PEARSON PKWY**
**Minneapolis, MN 55444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **UNSECURED/CUSTOMER**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,766.00** |
|---|---|---|---|

**BROOKE HESPENHEIDE**
**14041 AUTUMN TR**
**Shakopee, MN 55379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **UNSECURED/CUSTOMER**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,895.00** |
|---|---|---|---|

**CORTNEY BECKMAN AND ALEX EVERT**
**3023 UTAH AVE S**
**ST. LOUIS PARK, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **UNSECURED/CUSTOMER**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DIVINE SWINE CATERING INC**
**ATTN JAMES GILMORE CEO**
**23840 PILLSBURY AVE**
**Lakeville, MN 55044**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **LITIGATION/UNSECURED**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                    Case number *(if known)* _____

Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,766.00 |
|---|---|---|---|

**ERIKE DOWNS**
**1587 MALLARD CIRCLE E**
**Newark, OH 43055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,795.00 |
|---|---|---|---|

**ERIN GRESHAM AND ANDREW HEMENWAY**
**1605 116TH E**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 |
|---|---|---|---|

**FALCON RIDGE GOLF COURSE**
**7405 LAMAR AVE S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,995.00 |
|---|---|---|---|

**HEATHER DAMIANI AND ISAIAH SMIEJA**
**2080 SLOAN STREET**
**MAPLEWOOD, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,694.13 |
|---|---|---|---|

**INTUIT QUICKBOOKS**
**2700 COAST AVE**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,795.00 |
|---|---|---|---|

**ISABEL SCHARF AND JOEY MIHM**
**5385 LAKE SARAH HEIGHTS DRIVE**
**Loretto, MN 55357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**K & J CATERING INC.**
**ATTN PRESIDENT**
**2546 E 7TH AVE**
**NORTH ST PAUL, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LITIGATION/UNSECURED**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                     Case number (if known) _____

_____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,795.00 |

**KATE JUNGWIRTH**
**10138 KERRY CT NORTH**
**HUGO, MN 55038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **UNSECURED/CUSTOMER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,246.00 |

**KORISSA ALLEN**
**4354 VERA CRUZ AVE N**
**ROBBINSDALE, MN 55422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **UNSECURED/CUSTOMER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,766.00 |

**KRISTINE THORP AND JUSTIN WOLFF**
**9490 JARROD AVE S**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **UNSECURED/CUSTOMER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**LAKE ELMO INN**
**3442 LAKE ELMO AVE N**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **LITIGATION/UNSECURED**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,766.00 |

**LAURA MEANY AND BRADY CROMER**
**12277 570TH AVE**
**Lyle, MN 55953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **UNSECURED/CUSTOMER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,795.00 |

**LIZ AND KEN MCGINLEY**
**5288 LINDEN TR N**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **UNSECURED/CUSTOMER**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |

**LOUPAT CORP**
**DBA TINUCCI'S RESTAURANT**
**396 21ST ST**
**Newport, MN 55055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **UNSECURED/LITIGATION/JUDGMENT**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                    Case number (if known) _____
_____
Name

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,383.00 |
|---|---|---|---|

**MACKENZIE BRINKER AND MAXIMUS FULLER**
**6996 MARTIN FARMS AVE NE**
**OTSEGO, MN 55330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,795.00 |
|---|---|---|---|

**MAIRA LARA-CHAVEZ AND OSCAR MIRNADA**
**11215 12TH AVE N**
**APT 7**
**PLYMOUTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,766.00 |
|---|---|---|---|

**MARATHON ST.PAUL PARK REGINERY**
**ATTN: BONNIE**
**301 ST. PAUL PARK ROAD**
**Saint Paul Park, MN 55071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,995.00 |
|---|---|---|---|

**MARIA WALLACE**
**1651 11TH AVE**
**NEWPORT, MN 55055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,654.27 |
|---|---|---|---|

**MARUS GOLDMAN SST**
**PO BOX 45400**
**Salt Lake City, UT 84145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED **

Last 4 digits of account number  **4264**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,004.40 |
|---|---|---|---|

**MCCD**
**3137 CHICAGE AVE.**
**Minneapolis, MN 55407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,019.55 |
|---|---|---|---|

**MCKENZIE EDWARDS AND RYAN DORN**
**1630 WHITE OAK DR**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER **

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                     Case number (if known) _____
         Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,897.50 |
|---|---|---|---|

**MICHELLE TRUMBLE AND JAKE HINTZ**
**1269 FOREST RIDGE TRAIL**
**EAGAN, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,795.00 |
|---|---|---|---|

**MIKAYLA ZAIS**
**252 192ND STREET**
**Star Prairie, WI 54026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,383.00 |
|---|---|---|---|

**RACHEL BERG AND JOSEPH PAFFEL**
**7550 80TH STREET S**
**APT 230**
**Cottage Grove, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,876.00 |
|---|---|---|---|

**SHELBY NIEBUHR AND MALCOLM MONETTE**
**4790 CENTERVILLE RD**
**APT 304**
**WHITE BEAR LAKE, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,567.84 |
|---|---|---|---|

**SOFI LENDING CORP**
**2750 EAST COTTONWOOD PKWY STE 300**
**COTTONWOOD HEIGHTS, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number  **7807**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $36,190.50 |
|---|---|---|---|

**SOFI LENDING CORP**
**2750 EAST COTTONWOOD PKWY STE 300**
**COTTONWOOD HEIGHTS, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED**

Last 4 digits of account number  **8594**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,766.00 |
|---|---|---|---|

**STYVE SMEDSHAMMER AND ANTHONY DOPKINS**
**8397 HENNA AVE SOUTH**
**COTTAGE GROVE, MN 55016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **HISTORIC JOHN P. FURBER FARM, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,795.00 |
|---|---|---|---|

**TAYLOR TIBURY AND JOSH LORENZ**
**3937 77TH STREET EAST**
**Inver Grove Heights, MN 55076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,111.80 |
|---|---|---|---|

**THE KNOT WORLDWIDE INC**
**DBA WEDDING PROS**
**2 WISCONSIN CIR 3RD FLOOR**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED**

Last 4 digits of account number  **6247**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,795.00 |
|---|---|---|---|

**TIA ERICKSON AND NICOLAS HANSON**
**1511 UTICA AVE SOUTH**
**APT 523**
**ST. LOUIS PARK, MN 55416**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED/LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,395.00 |
|---|---|---|---|

**ZACHARY SCHMIDT AND TAYLOR THOMAS**
**2096 62ND ST**
**Somerset, WI 54025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UNSECURED/CUSTOMER**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **B STEVEN MESSICK**<br>**MESSICK LAW PLLC**<br>**7595 CURRELL BLVD STE 251444**<br>**WOODBURY, MN 55125** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **HAJEK BEAUCLAIRE LLC**<br>**ATTN ROBERT J HAJEK ESQ**<br>**601 CARLSON PKWY STE 1050**<br>**MINNETONKA, MN 55305** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **JOHNSON TURNER LEGAL**<br>**DAVID K SNYDER ESQ**<br>**56 EAST BROADWAY AVE STE 206**<br>**Forest Lake, MN 55025** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **LARSON KING LLP**<br>**ATTN CARYN A BOISEN**<br>**30 E SEVENTH ST STE 2800**<br>**Saint Paul, MN 55101** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **HISTORIC JOHN P. FURBER FARM, LLC** | | Case number (if known) | |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **SPENCER FANE LLP**<br>**ATTN STEPHEN A LING ESQ**<br>**100 SOUTH 5TH ST STE 2500**<br>**Minneapolis, MN 55402** | Line  **3.1** <br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  3,163,789.46 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  3,163,789.46 |

**Fill in this information to identify the case:**

Debtor name    **HISTORIC JOHN P. FURBER FARM, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **THE DEBTOR HAS VARIOUS CONTRACTS TO PERFORM WEDDINGS FOR SOME OF THE CUSTOMERS LISTED ON SCHEDULE F.  THE CUSTOMERS HAVE PAID THE DEPOSITS BUT THE DEPOSITED FUNDS HAVE BEEN SPENT. THE DEBTOR INTENDS TO PERFORM ON THESE CONTRACT, AND/OR, ASSIGN THEM TO A BUYER.** | |
| State the term remaining | |
| List the contract number of any government contract | **SEE SCHEDULE F - CUSTOMERS** |

**Fill in this information to identify the case:**

Debtor name    **HISTORIC JOHN P. FURBER FARM, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **GFY LLC** | 7405 LAMAR AVE S<br>Cottage Grove, MN 55016<br>CO-DEBTOR | **A THIS LITTLE PIGGY CATERING INC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2  **WAYNE AND ANGELA BUTT** | 7405 LAMAR AVE S<br>Cottage Grove, MN 55016-9000<br>CO-DEBTORS ON VARIOUS DEBTS<br>LISTED ON SCHEDULES D, E, AND F | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **WAYNE AND ANGELA BUTT** | 7405 LAMAR AVE S<br>Cottage Grove, MN 55016-9000<br>CO-DEBTORS | **A THIS LITTLE PIGGY CATERING INC** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **HISTORIC JOHN P. FURBER FARM, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy             04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ☐ Operating a business ■ Other   **GROSS REVENUE** | $114,413.07 |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ☐ Operating a business ■ Other   **GROSS REVENUE** | $520,959.00 |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other   **GROSS REVENUE** | $610,121.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC** _____   Case number *(if known)* _____

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **A THIS LITTLE PIGGY CATERING, INC. V. HISTORIC JOHN P. FURBER FARM L.L.C., LOUPAT CORP. D/B/A TINUCCI'S RESTAURANT, GFY, LLC, LAKE ELMO INN, INC., K & J CATERING, INC., AND DIVINE SWINE CATERING** 19HA-CV-22-195 | **BREACH OF CONTRACT ET AL** | **DAKOTA COUNTY COURT - HASTINGS** **1560 HWY 55** **Hastings, MN 55033** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **TIA J. ERICKSON AND NICOLAS L. HANSON V. HISTORIC JOHN P. FURBER FARM, LLC AND GFY, LLC** 82-CV-24-2236 | **BREACH OF CONTRACT ET AL** | **WASHINGTON CO GOVT CTR** **PO BOX 3804** **Stillwater, MN 55082-0006** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | **HISTORIC JOHN P. FURBER FARM, LLC** | | Case number *(if known)* | |

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LAMEY LAW FIRM, P.A. 980 INWOOD AVE N OAKDALE, MN 55128-7094** | **ATTORNEY FEE AND COURT FILING FEE** | **MAY 2024** | **$10,000.00** |
| | Email or website address **JLAMEY@LAMEYLAW.COM** | | | |
| | Who made the payment, if not debtor? **WAYNE BUTT** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor     **HISTORIC JOHN P. FURBER FARM, LLC**          Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **BUTT IT LLC<br>WAYNE ALAN BUTT<br>7405 LAMAR AVE S<br>Cottage Grove, MN 55016** | **THE DEBTOR TRANSFERRED THE LEASE AGREEMENT FROM DEERE & COMPANY TO THE ABOVE ON A 2017 JOHN DEERE 333G COMPACT TRACK LOADER.  VALUE OF DEERE ASSET IS $27,500, BALANCE UNDER LEASE (FUTURE PAYMENTS) IS $29,769.87** | **JUNE 14, 2024** | **$27,500.00** |
| | Relationship to debtor<br>**INSIDER** | | | |

---

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **HISTORIC JOHN P. FURBER FARM, LLC**                     Case number *(if known)* _____

---

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|
   | | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
   |---|---|---|---|
   | | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
   |---|---|---|---|
   | | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

   | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
   |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **HISTORIC JOHN P. FURBER FARM, LLC**                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor   **HISTORIC JOHN P. FURBER FARM, LLC**                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **WAYNE BUTT** | **7405 LAMAR AVE S**<br>**Cottage Grove, MN 55016-9000** | **PRESIDENT** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **ANGELA BUTT** | **7405 LAMAR AVE S**<br>**Cottage Grove, MN 55016** | **OWNER** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Debtor    **HISTORIC JOHN P. FURBER FARM, LLC**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2024**

**/s/ WAYNE BUTT**                                        **WAYNE BUTT**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **PRESIDENT**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re   **HISTORIC JOHN P. FURBER FARM, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept   ............................ $   **hourly**
Prior to the filing of this statement I have received   .............. $   **10,000.00**
Balance Due   ......................................................................... $   **TBA**

2.    The source of the compensation paid to me was:
☑ Debtor          ☐ Other (specify)

3.    The source of the compensation to be paid to me is:
☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

**a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

**b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

**c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**d.**. Representation of the debtor in contested bankruptcy matters; and

**e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

LOCAL FORM 1007-1
REVISED 06/16

      I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **June 18, 2024**

Signature of Attorney
**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

# United States Bankruptcy Court
### District of Minnesota

In re    **HISTORIC JOHN P. FURBER FARM, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 25, 2024**

Signature    **/s/ WAYNE BUTT**

**WAYNE BUTT**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Minnesota

In re   **HISTORIC JOHN P. FURBER FARM, LLC**                              Case No.

                                              Debtor(s)          Chapter    **11**


# VERIFICATION OF CREDITOR MATRIX


I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.


Date:   **June 25, 2024**                          **/s/ WAYNE BUTT**

                                   **WAYNE BUTT/PRESIDENT**
                                   Signer/Title

A THIS LITTLE PIGGY CATERING INC
ATTN SETH BRITTAIN CEO
22280 CHIPPENDALE AVE
FARMINGTON MN 55024


ABBIE MORRIS AND LUKE GANNON
16 6TH AVE SE
DODGE CENTER MN 55927


ABIGAIL AND AUSTIN HASKINS
22118 BARETT CIR
KODIAK AK 99615


ALEX JAGLER AND ANDREW FLOERSCH
210 N MAIN STREET
LE SUEUR MN 56058


ALYSSA STURGEON
21495 RAVENNA TRAIL
WELCH MN 55089


AMANDA COX AND MATHEW ZUPPAN
3335 RICHMOND AVE
SHOREVIEW MN 55126


AMEX
20500 BELSHAW AVE
CARSON CA 90746


ANN KULLAS AND JAKOB FRIEDGES
3435 PROMENADE AVE
APT 208
EAGAN MN 55123


B STEVEN MESSICK
MESSICK LAW PLLC
7595 CURRELL BLVD STE 251444
WOODBURY MN 55125

BEST BUY
C/O CITIBANK, N.A.
701 EAST 60TH ST N
SIOUX FALLS SD 57117


BETH KIEFFER AND THOMAS GOFF
2400 PEARSON PKWY
MINNEAPOLIS MN 55444


BROOKE HESPENHEIDE
14041 AUTUMN TR
SHAKOPEE MN 55379


CORTNEY BECKMAN AND ALEX EVERT
3023 UTAH AVE S
ST. LOUIS PARK MN 55426


DIVINE SWINE CATERING INC
ATTN JAMES GILMORE CEO
23840 PILLSBURY AVE
LAKEVILLE MN 55044


ERIKE DOWNS
1587 MALLARD CIRCLE E
NEWARK OH 43055


ERIN GRESHAM AND ANDREW HEMENWAY
1605 116TH E
BURNSVILLE MN 55337


FALCON RIDGE GOLF COURSE
7405 LAMAR AVE S
COTTAGE GROVE MN 55016


GFY LLC
7405 LAMAR AVE S
COTTAGE GROVE MN 55016

HAJEK BEAUCLAIRE LLC
ATTN ROBERT J HAJEK ESQ
601 CARLSON PKWY STE 1050
MINNETONKA MN 55305


HEATHER DAMIANI AND ISAIAH SMIEJA
2080 SLOAN STREET
MAPLEWOOD MN 55117


INTUIT QUICKBOOKS
2700 COAST AVE
MOUNTAIN VIEW CA 94043


IRS
1550 AMERICAN BLVD EAST
SUITE 500 M/S 5128
MINNEAPOLIS MN 55425


ISABEL SCHARF AND JOEY MIHM
5385 LAKE SARAH HEIGHTS DRIVE
LORETTO MN 55357


JOHNSON TURNER LEGAL
DAVID K SNYDER ESQ
56 EAST BROADWAY AVE STE 206
FOREST LAKE MN 55025


K & J CATERING INC.
ATTN PRESIDENT
2546 E 7TH AVE
NORTH ST PAUL MN 55109


KATE JUNGWIRTH
10138 KERRY CT NORTH
HUGO MN 55038


KORISSA ALLEN
4354 VERA CRUZ AVE N
ROBBINSDALE MN 55422

KRISTINE THORP AND JUSTIN WOLFF
9490 JARROD AVE S
COTTAGE GROVE MN 55016


LAKE ELMO INN
3442 LAKE ELMO AVE N
LAKE ELMO MN 55042


LARSON KING LLP
ATTN CARYN A BOISEN
30 E SEVENTH ST STE 2800
SAINT PAUL MN 55101


LAURA MEANY AND BRADY CROMER
12277 570TH AVE
LYLE MN 55953


LIZ AND KEN MCGINLEY
5288 LINDEN TR N
LAKE ELMO MN 55042


LOUPAT CORP
DBA TINUCCI'S RESTAURANT
396 21ST ST
NEWPORT MN 55055


MACKENZIE BRINKER AND MAXIMUS FULLER
6996 MARTIN FARMS AVE NE
OTSEGO MN 55330


MAIRA LARA-CHAVEZ AND OSCAR MIRNADA
11215 12TH AVE N
APT 7
PLYMOUTH MN 55441


MARATHON ST.PAUL PARK REGINERY
ATTN: BONNIE
301 ST. PAUL PARK ROAD
SAINT PAUL PARK MN 55071

MARIA WALLACE
1651 11TH AVE
NEWPORT MN 55055


MARUS GOLDMAN SST
PO BOX 45400
SALT LAKE CITY UT 84145


MCCD
3137 CHICAGE AVE.
MINNEAPOLIS MN 55407


MCKENZIE EDWARDS AND RYAN DORN
1630 WHITE OAK DR
CHASKA MN 55318


METROPOLITAN CONSORTIUM OF COMM DEV
ATTN PRESIDENT
3137 CHICAGO AVE
MINNEAPOLIS MN 55407


MICHELLE TRUMBLE AND JAKE HINTZ
1269 FOREST RIDGE TRAIL
EAGAN MN 55123


MIKAYLA ZAIS
252 192ND STREET
STAR PRAIRIE WI 54026


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564


PAYPAL LOANBUILDER
ATTN PRESIDENT
3505 SILVERSIDE RD
WILMINGTON DE 19810

RACHEL BERG AND JOSEPH PAFFEL
7550 80TH STREET S
APT 230
COTTAGE GROVE MN 55016


RAPID FINANCIAL SERVICES, LLC.
ATNN VANESSA WALLER, RISK MANAGEMENT
45000 EAST WEST HIGHWAY, 6TH FLOOR
BETHESDA MD 20814


SEE SCHEDULE F - CUSTOMERS


SHELBY NIEBUHR AND MALCOLM MONETTE
4790 CENTERVILLE RD
APT 304
WHITE BEAR LAKE MN 55127


SOFI LENDING CORP
2750 EAST COTTONWOOD PKWY STE 300
COTTONWOOD HEIGHTS UT 84121


SPENCER FANE LLP
ATTN STEPHEN A LING ESQ
100 SOUTH 5TH ST STE 2500
MINNEAPOLIS MN 55402


STYVE SMEDSHAMMER AND ANTHONY DOPKINS
8397 HENNA AVE SOUTH
COTTAGE GROVE MN 55016


TAYLOR TIBURY AND JOSH LORENZ
3937 77TH STREET EAST
INVER GROVE HEIGHTS MN 55076


THE KNOT WORLDWIDE INC
DBA WEDDING PROS
2 WISCONSIN CIR 3RD FLOOR
CHEVY CHASE MD 20815

```
TIA ERICKSON AND NICOLAS HANSON
1511 UTICA AVE SOUTH
APT 523
ST. LOUIS PARK MN 55416


US SMALL BUSINESS ADMINISTRATION
EIDL LOAN
2 NORTH ST STE 320
BIRMINGHAM AL 35203


WAYNE AND ANGELA BUTT
7405 LAMAR AVE S
COTTAGE GROVE MN 55016-9000


ZACHARY SCHMIDT AND TAYLOR THOMAS
2096 62ND ST
SOMERSET WI 54025
```